■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD THILL, Appellant. — Upon remittitur from the Court of Appeals, facts reviewed and judgment affirmed. Present — Cardamone, J. P., Hancock, Jr., Doerr, Moule and Schnepp, JJ.